AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 8:24-CR-341 (MAD) |
| ) | |
| Scott M. Newcombe ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/29/2024

*Defendant's signature*

*Signature of defendant's attorney*

Michael P. McDermott
*Printed name of defendant's attorney*

*Judge's signature*

Mae A. D'Agostino, United States District Judge
*Judge's printed name and title*